IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE, TRUSTEES OF BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE JOINT APPRENTICES & TRAINING FUND, TRUSTEES OF BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE ANNUITY FUND, TRUSTEES OF BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE PENSION FUND, and TRUSTEES OF BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND | : | CIVIL ACTION |
| v. | : | |
| TORRADO CONSTRUCTION CO., INC. and LUIS TORRADO, Individually & As President of Torrado Construction Co., Inc. | : | NO. 17-3297 |

## ORDER

**NOW**, this 9th day of May, 2018, upon consideration of the plaintiffs' Motion for Summary Judgment (Document No. 17), the defendants' response, the plaintiffs' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. On or before **May 15, 2018**, the plaintiffs shall submit a proposed order calculating damages consistent with the Memorandum Opinion as of this date; and

2. Judgment will be entered upon consideration of the plaintiffs' proposed order.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.